UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. 2:16-cv-02696-PHX-SRB<br><br>**ORDER CONSOLIDATING ADDITIONAL CASES** |

On September 21, 2016, this Court entered an order consolidating two cases into *Kendra Clark v. Banner Health*, 2:16-cv-02696-SRB, and ordered that the consolidated cases be identified under the above-caption. Subsequent to that order, counsel in several additional cases have filed consents to consolidation of their cases. (See Docs. 13, 20, 21, 23, 27.) On October 5, 2016, Plaintiffs in *Betty Clayton, et al. v. Banner Health, et al.*, Case No. 2:16-cv-02707-DJH, filed a Notice of Related Cases in this matter, identifying additional related cases. (Doc. 25.) Based on the consents identified in the various filings,

IT IS ORDERED:

1. The following additional cases are consolidated with *In re Banner Health Data Breach Litigation*¸ Case No. 16-cv-02696-PHX-SRB, and assigned to the undersigned:

- *Howard Chen v. Banner Health*, Case No. 2:16-cv-02843-DKD;
- *Douglas Bell v. Banner Health*, Case No. 2:16-cv-02867-DLR;
- *Amanda Vollmer, et al. v. Banner Health*, Case No. 2:16-cv-02869-SRB;
- *Suzan Sevelin v. Banner Health*, Case No. 2:16-cv-02972-JJT;
- *Jane Reader v. Banner Health*, Case No. 2:16-cv-02994-ROS;
- *Tracy and Joseph Weedman v. Banner Health*, Case No. 2:16-cv-03086-JJT; and
- *Hilda Hassett v. Banner Health*, Case No. 2:16-cv-03252-JJT;

2. The above actions are hereby CONSOLIDATED pursuant to Fed. R. Civ. P. 42.

IT IS FURTHER ORDERED directing the Clerk to file this Order in all case numbers listed above.

Dated this 14th day of October, 2016.

_____
Susan R. Bolton
United States District Judge