Keith Beauchamp (012434)
Roopali H. Desai (024295)
Shelley Tolman (030945)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5490
F: (602) 224-6020
kbeauchamp@cblawyers.com
rdesai@cblawyers.com
stolman@cblawyers.com

Paul G. Karlsgodt (Admitted *Pro Hac Vice*)
Casie D. Collignon (Admitted *Pro Hac Vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
T: (303) 861-0600
ccollignon@bakerlaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BANNER HEALTH DATA BREACH LITIGATION | No. CV-16-02696-PHX-SRB<br><br>**DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY AND PARTIAL DISCOVERY RESPONSES** |

Defendant Banner Health ("Banner"), by and through its undersigned attorneys, provides notice of the following discovery and partial discovery responses that it served on counsel for Plaintiffs.

1. On June 15, 2018, Banner served Defendant's First Set of Requests for Production to Plaintiffs and Defendant's First Set of Non-Uniform Interrogatories to Plaintiffs on counsel for Plaintiffs via email.

{00371348.1 }

2. On June 1, 2018, Banner served documents responsive to Plaintiffs' First Set of Requests for Production of Documents on counsel for Plaintiffs via email; and

3. On June 7, 2018, Banner served documents responsive to Plaintiffs' First Set of Requests for Production of Documents on counsel for Plaintiffs via email.

Respectfully submitted this 18th day of June, 2018.

**COPPERSMITH BROCKELMAN PLC**

By   s/ Keith Beauchamp
    Keith Beauchamp
    Roopali H. Desai
    Shelley Tolman

**BAKER & HOSTETLER LLP**
    Paul G. Karlsgodt
    Casie D. Collignon

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Sheri McAlister