UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. CV 16-02696-PHX-SRB<br><br>**ORDER RE JOINT MOTION TO STAY CASE AND AMEND CASE MANAGEMENT ORDER NO.1 [DOC. 49]** |
|---|---|

Having reviewed the parties' Joint Motion to Stay Case and Amend Case Management Order No. 1 [Doc. 49],

IT IS HEREBY ORDERED granting the Motion to Stay Case and Amend Case Management Order No. 1 (Doc. 151). All deadlines in this case are hereby stayed.

IT IS FURTHER ORDERED that the Parties shall file a report updating the Court regarding whether the Parties' settlement negotiations should continue (and, if so, the expectation for and timing of a motion for preliminary approval) or, if not, proposing a new schedule relating to Plaintiffs' motion for class certification no later than **March 18, 2019.**

Dated this 24th day of January, 2019.

_____
Susan R. Bolton
United States District Judge