UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. 2:16-cv-02696-PHX-SRB<br><br>**ORDER RE: JOINT REPORT RE: SETTLEMEMT AND REQUEST FOR CONTINUED STAY** |

Having reviewed the parties' Joint Report Re: Settlement and Request for Continued Stay (Doc. 153),

IT IS HEREBY ORDERED that all deadlines set forth in this Court's prior orders remain stayed.

IT IS FURTHER ORDERED that the Parties shall file a report updating the Court regarding whether the Parties' settlement negotiations should continue (and, if so, the expectation for and timing of a motion for preliminary approval) or, if not, proposing a new schedule relating to Plaintiffs' motion for class certification on or before **April 8, 2019**.

Dated this 19th day of March, 2019.

Susan R. Bolton
United States District Judge