UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. 2:16-cv-02696-PHX-SRB<br><br>**ORDER RE: JOINT REPORT RE: SETTLEMEMT AND REQUEST FOR CONTINUED STAY** |
|---|---|

    Having reviewed the parties' Joint Report Re: Settlement and Request for Continued Stay (Doc. 156),

    IT IS HEREBY ORDERED that all deadlines set forth in this Court's prior Orders remain stayed.

    IT IS FURTHER ORDERED that the Parties shall file a report updating the Court regarding whether the Parties' settlement negotiations should continue (and, if so, the expectation for and timing of a motion for preliminary approval) or, if not, proposing a new schedule relating to Plaintiffs' motion for class certification on or before **June 26, 2019**.

. . .

. . .

. . .

. . .

IT IS FURTHER ORDERED that, in the event the Parties reach an impasse on settlement, they shall promptly contact the Court and, in that notice, shall propose new deadlines for briefing on Plaintiffs' motion for class certification.

Dated this 9th day of April, 2019.

_____
Susan R. Bolton
United States District Judge