UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. CV 16-02696-PHX-SRB<br><br>**ORDER RE: JOINT REPORT RE: SETTLEMENT AND REQUEST FOR CONTINUED STAY** |

    Having reviewed the parties' Joint Report Re: Settlement and Request for Continued Stay (Doc. 158),

    IT IS HEREBY ORDERED that all deadlines set forth in this Court's prior orders remain stayed.

    IT IS FURTHER ORDERED that the parties shall file a report updating the Court regarding the parties' settlement negotiations on or before **August 9, 2019**.

    IT IS FURTHER ORDERED that the stay will be dissolved on and not extended after August 9, 2019 unless the August 9, 2019 report states that the case is settled and proposes a date for the filing of the Motion for Preliminary Approval of the settlement of this case.

. . .

. . .

. . .

. . .

. . .

IT IS FURTHER ORDERED that if settlement is not reported on August 9, 2019 that the parties propose a new schedule for the Plaintiff's Motion for Class Certification.

Dated this 12th day of June, 2019.

_____
Susan R. Bolton
United States District Judge

2