UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. CV 16-02696-PHX-SRB<br><br>**ORDER** |

Having reviewed the parties' Joint Report Re: Settlement Discussions and Request to Set Preliminary Approval Briefing Schedule (Doc. 161),

IT IS HEREBY ORDERED that all deadlines set forth in this Court's prior Orders remain stayed.

IT IS FURTHER ORDERED that the Parties shall file a Motion for Preliminary Approval of Settlement on or before **November 7, 2019**.

Dated this 9th day of August, 2019.

_____
Susan R. Bolton
United States District Judge