UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. 2:16-cv-02696-PHX-SRB<br><br>**ORDER RE: JOINT REQUEST FOR EXTENSION OF TIME** |

Having reviewed the parties' Joint Request for Extension of Time, and good cause appearing,

IT IS HEREBY ORDERED extending the deadline for Plaintiffs to file their Motion for Preliminary Approval of the proposed class action settlement agreement from November 7, 2019 to December 5, 2019.

Dated this 5th day of November, 2019.

_____
Susan R. Bolton
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4830-0075-4839.1