Andrew S. Friedman (005425)
William F. King (023941)
**BONNETT FAIRBOURN FRIEDMAN**
  **& BALINT, P.C.**
2325 E. Camelback Road, Suite 300
Phoenix, Arizona  85016
Telephone: (602) 274-1100
afriedman@bffb.com
bking@bffb.com

Paul L. Stoller (016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 888-2807
paul@drlawllp.com

*Interim Co-Lead Class Counsel*

[Additional counsel appear on signature page]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Banner Health Data Breach Litigation | Case No. 2:16-cv-02696-PHX-SRB |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT EXCEEDING THE PAGE LIMITATION**

Plaintiffs, by and through their counsel undersigned and pursuant to LR Civ. 7.2(e)(1), respectfully move for leave to file a Memorandum in Support Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement not to exceed 35 pages.

The putative class in this action has not yet been certified. The additional pages are thus necessary in order to address the terms of the proposed class action settlement, the additional factors set forth under Rule 23(a) and (b), the factors provided for under the recently revised Rule 23(e), and those previously used in the Ninth Circuit for final approval, *e.g. In re Bluetooth Headset Products Liab. Litig.*, 654 F.3d 935, 946 (9th Cir. 2011). While some of these factors are overlapping, many are not, and Plaintiffs intend to provide a thorough examination under all potentially applicable criteria.

Plaintiffs have communicated with Defendant regarding the relief requested herein; Defendant does not oppose Plaintiffs' request.

DATED this 22nd day of November, 2019.

          **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

          By: *s/ Andrew S. Friedman*
              Andrew S. Friedman
              William F. King
              2325 E. Camelback Road, Suite 1100
              Phoenix, Arizona 85016

          Paul L. Stoller
          **DALIMONTE RUEB STOLLER, LLP**
          2425 E. Camelback Road, Suite 500
          Phoenix, Arizona 85016
          *Interim Co-Lead Class Counsel*

          Eric H. Gibbs (pro hac vice)
          David Stein (pro hac vice)
          Amanda M. Karl (pro hac vice)

**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
ehg@classlawgroup.com
ds@classlawgroup.com
amk@classlawgroup.com

Robert B. Carey (011186)
Leonard W. Aragon (020977)
Michella A. Kras (022324)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com
michellak@hbslaw.com

*Executive Committee Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document filed through the ECF system on November 22, 2019 will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

Dated: November 22, 2019.

*s/Karen Vanderbilt*

2