UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. 2:16-cv-02696-PHX-SRB<br>**ORDER** |

Having reviewed Plaintiffs' unopposed request to exceed the page-limitation for their forthcoming unopposed motion for preliminary approval of class action settlement, and good cause appearing,

IT IS HEREBY ORDERED granting Plaintiffs' request (Doc. 165). Plaintiffs' memorandum in support of their unopposed motion for preliminary approval of the class action settlement shall not exceed 35 pages.

Dated this 25th day of November, 2019.

_____
Susan R. Bolton
United States District Judge