Andrew S. Friedman (005425)
William F. King (023941)
**BONNETT FAIRBOURN FRIEDMAN**
   **& BALINT, P.C.**
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
afriedman@bffb.com
bking@bffb.com

Paul L. Stoller (016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 888-2807
paul@drlawllp.com

*Co-Lead Counsel*

[Additional counsel appear on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| In re Banner Health Data Breach Litigation | Case No. 2:16-cv-02696-PHX-SRB |
|---|---|

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE FOR EXCESS PAGES**

Plaintiffs, by and through their counsel undersigned, respectfully move for an order granting them leave to exceed the page limitations set forth under LRCiv. 7.2(e)(1) as follows and with respect to the following, forthcoming filings:

- Plaintiffs' Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement, not to exceed thirty (30) pages; and

- Plaintiffs' Motion and Memorandum of Law in Support of Requests for Attorneys' Fees, Expenses, and Service Awards, not to exceed twenty (20) pages.

The additional pages are necessary to address the terms of the proposed class action settlement, the factors set forth under Rule 23(a) and (b), the factors provided for under the recently revised Rule 23(e), and those previously used in the Ninth Circuit for final approval, *e.g. In re Bluetooth Headset Products Liab. Litig.*, 654 F.3d 935, 946 (9th Cir. 2011). While some of these factors are overlapping, many are not, and Plaintiffs intend to provide a thorough examination under all potentially applicable criteria.

Plaintiffs have requested Defendant's consent to the relief requested herein; Defendant does not oppose Plaintiffs' request.

Pursuant to LRCiv 5.6(b), Plaintiffs have appended as a separate attachment a proposed form of order consistent with its request.

DATED this 6th day of February, 2020.

> **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
>
> By:   *s/William F. King*
>         Andrew S. Friedman
>         William F. King
>         2325 E. Camelback Road, Suite 1100
>         Phoenix, Arizona 85016
>
> Paul L. Stoller
> **DALIMONTE RUEB STOLLER, LLP**
> 2425 E. Camelback Road, Suite 500
> Phoenix, Arizona 85016
>
> *Co-Lead Counsel*

1

Eric H. Gibbs (pro hac vice)
David Stein (pro hac vice)
Amanda M. Karl (pro hac vice)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
ehg@classlawgroup.com
ds@classlawgroup.com
amk@classlawgroup.com

Robert B. Carey (011186)
Leonard W. Aragon (020977)
Michella A. Kras (022324)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com
michellak@hbslaw.com
*Class Executive Committee Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document filed through the ECF system on February 6, 2020 will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*s/Karen Vanderbilt*