UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. 2:16-cv-02696-PHX-SRB<br><br>**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXCESS PAGES** |

    Having reviewed Plaintiffs' unopposed request to exceed the page-limitations, and good cause appearing,

    IT IS HEREBY ORDERED granting Plaintiffs' request. Plaintiffs' Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement shall not exceed thirty (30) pages. Plaintiffs' Motion and Memorandum of Law in Support of Requests for Attorneys' Fees, Expenses, and Service Awards shall not exceed twenty (20) pages.

    Dated this 7th day of February, 2020.

_____
Susan R. Bolton
United States District Judge