Andrew S. Friedman (005425)
William F. King (023941)
**BONNETT FAIRBOURN FRIEDMAN**
    **& BALINT, P.C.**
2325 E. Camelback Road, Suite 300
Phoenix, Arizona  85016
Telephone: (602) 274-1100
afriedman@bffb.com
bking@bffb.com

Paul L. Stoller (016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 888-2807
paul@drlawllp.com

*Interim Co-Lead Class Counsel*

[Additional counsel appear on signature page]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Banner Health Data Breach Litigation | Case No. 2:16-cv-02696-PHX-SRB |
| | **PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE REPLY AND MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND REQUESTS FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** |
| | **(First Request)** |

Plaintiffs, by and through their counsel undersigned, respectfully move for an order granting them three (3) additional business days to file their Reply and Memorandum of Law in Support of their Motion for Final Approval of Class Action Settlement and Requests for Attorneys' Fees, Expenses, and Service Awards ("Final Reply Memo").

Under the Court's order preliminarily approving the Settlement Agreement [Dkt. 175], the current deadline for Plaintiffs' Final Reply Memo is set for Thursday, April 9, 2020. That date, however, precedes the Court's deadline for opt outs or objections, which per the Court's preliminary approval order is set for Friday, April 10, 2010. [*Id.*]

Plaintiffs respectfully submit their Final Reply Memo should be filed after the opt out and objection deadline. That, in turn, would afford them the opportunity to address all objections at once (as opposed to piecemeal submissions). In addition, with the benefit of the three (3) additional business days, Plaintiffs will be in a position to provide the Court the final claim statistics from the Settlement Administrator, JND Legal Administration ("JND"), which under the Court's current schedule would have to provided by way of a supplemental declaration.

For those two reasons, the Court should extend the current April 9, 2020 deadline for Plaintiffs' Final Reply Memo to April 14, 2020 – which is one week before the scheduled Final Approval Hearing of April 21, 2020.

Plaintiffs have requested Defendant's consent to the relief requested herein; Defendant does not oppose Plaintiffs' request.

Pursuant to LRCiv 5.6(b), Plaintiffs have appended as a separate attachment a proposed form of order consistent with its request.

////
////
////
////

1

DATED this 1st day of April, 2020.

                          **BONNETT, FAIRBOURN, FRIEDMAN**
                          **& BALINT, P.C.**

                          By: *s/Andrew S. Friedman*
                               Andrew S. Friedman
                               William F. King
                               2325 E. Camelback Road, Suite 1100
                               Phoenix, Arizona 85016

                          Paul L. Stoller
                          **DALIMONTE RUEB STOLLER, LLP**
                          2425 E. Camelback Road, Suite 500
                          Phoenix, Arizona 85016

                          *Interim Co-Lead Class Counsel*

                          Eric H. Gibbs (pro hac vice)
                          David Stein (pro hac vice)
                          Amanda M. Karl (pro hac vice)
                          **GIRARD GIBBS LLP**
                          505 14th Street, Suite 1110
                          Oakland, California 94612
                          ehg@classlawgroup.com
                          ds@classlawgroup.com
                          amk@classlawgroup.com

                          Robert B. Carey (011186)
                          Leonard W. Aragon (020977)
                          Michella A. Kras (022324)
                          **HAGENS BERMAN SOBOL**
                          **SHAPIRO LLP**
                          11 West Jefferson Street, Suite 1000
                          Phoenix, Arizona 85003
                          Telephone: (602) 840-5900
                          rob@hbsslaw.com
                          leonard@hbsslaw.com
                          michellak@hbsslaw.com

                          *Executive Committee Counsel for Plaintiffs*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document filed through the ECF system on April 1, 2020 will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*s/ Karen Vanderbilt*