UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Case No. 2:16-cv-02696-PHX-SRB

In Re Banner Health Data Breach Litigation

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF FINAL APPROVAL**

Having reviewed Plaintiffs' unopposed request for additional time, and good cause appearing,

IT IS HEREBY ORDERED granting Plaintiffs' unopposed request (Doc. 190). Plaintiffs' Reply and Memorandum of Law in Support of their Motion for Final Approval of Class Action Settlement and Requests for Attorneys' Fees, Expenses, and Service Awards shall be filed on or before **April 14, 2020**.

Dated this 2nd day of April, 2020.

_____
Susan R. Bolton
United States District Judge