UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Banner Health Data Breach Litigation | Case No. 2:16-cv-02696-PHX-SRB<br><br>**ORDER** |

In accordance with the guidance provided by General Orders 2015 and 2017, the Final Approval Hearing set on **April 21, 2020 at 10:00 a.m.** will be telephonic. Counsel shall **not** appear in person. Counsel are directed to call (866) 390-1828; Access code 9667260 five minutes prior to the scheduled hearing. The telephonic hearing will be held in open court in the event any objectors or other interested parties appear.

Dated this 9th day of April, 2020.

_____
Susan R. Bolton
United States District Judge