Andrew S. Friedman (005425)
William F. King (023941)
**BONNETT FAIRBOURN FRIEDMAN**
   **& BALINT, P.C.**
2325 E. Camelback Road, Suite 300
Phoenix, Arizona  85016
Telephone: (602) 274-1100
afriedman@bffb.com
bking@bffb.com

Paul L. Stoller (016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 888-2807
paul@drlawllp.com

*Interim Co-Lead Class Counsel*

[Additional counsel appear on signature page]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Banner Health Data Breach Litigation | Case No. 2:16-cv-02696-PHX-SRB |
| | **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF (1) PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (2) PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF REQUESTS FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS EXCEEDING THE PAGE LIMITATION** |

Plaintiffs, by and through their counsel undersigned and pursuant to LR Civ. 7.2(e)(1), respectfully move for leave to submit their Reply Memorandum in support of (1) Plaintiffs' Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement, Doc. 182, and (2) Plaintiffs' Motion and Memorandum of Law in Support of Requests for Attorneys' Fees, Expenses, and Service Awards, Doc. 183, not to exceed 17 pages.

The additional six pages are necessary to address the reaction of the Settlement Class members to the proposed Settlement, the claim statistics from the Settlement Administrator, JND Legal Administration, and the sole joint objection to the proposed class Settlement filed on February 26, 2020, Doc. 189.

Plaintiffs have communicated with Defendant regarding the relief requested herein; Defendant does not oppose Plaintiffs' request.

DATED this 13th day of April, 2020.

                                **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

                                By:   *s/ William F. King*
                                    Andrew S. Friedman
                                    William F. King
                                    2325 E. Camelback Road, Suite 1100
                                    Phoenix, Arizona 85016

                                Paul L. Stoller
                                **DALIMONTE RUEB STOLLER, LLP**
                                2425 E. Camelback Road, Suite 500
                                Phoenix, Arizona 85016
                                *Interim Co-Lead Class Counsel*

Eric H. Gibbs (pro hac vice)
David Stein (pro hac vice)
Amanda M. Karl (pro hac vice)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
ehg@classlawgroup.com
ds@classlawgroup.com
amk@classlawgroup.com

Robert B. Carey (011186)
Leonard W. Aragon (020977)
Michella A. Kras (022324)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com
michellak@hbslaw.com

*Executive Committee Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document filed through the ECF system on April 13, 2020 will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

Dated: April 13, 2020.

*s/Karen Vanderbilt*