FILED ___ LODGED
RECEIVED ___ COPY
OCT 28 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case 2:16-cv-02696-PHX-SRB

## Motion to Apeal     page 1

I Gary Terry ask the the District Court of Arizona in the Class Action Case of Banner Health Breach to hereby Bring the parties of Banner Health Breach litigation and said Attorneys for the plaintiffs Bonnett, Fairbourn, Friedman & Balint P.C. 2325 E Camelback Rd Suite 300, Phoenix AZ 85016 Forth on the grounds that they did not fulfill the agreement that was ordered in the Courts ruling not by the Emails in wich I was in contact with Banner Health litigation Team I did so Because legell advisement from David at Bonnett, Fairbourn, Friedman & Balint P.C. Has Helped in no way with this case and Now that I have filed a complaint with the Barr Association will except nore Return my Calls. I am disabled with mental and physical limitations But I had put in place through Emails with Banner Health litigation what I felt was a fair settlement and stated I wouldn't except any less they then sent me a $4/5 check, I feel that the Banner Health should be held in contempt of Court on several deferent Accessions as they have Ignored Courts orders by not Settling by Courts Rulings or in a Timely Manner

Thank you    Gary L. Terry
signed this 30th day of September 2021  Gary L Terry

Nor did they settle for the amount I specified on several different occassions through emails and I did so because I was getting no help or advicement from David, paralegal for Bennett, Fairborne, Friedman & Bellin, wich I believe was a fair amount as I've been hit so hard by this loss of my information that I cant even open a checking account without going into the bank with 2 forms of I.d. and having them call my phone to verify its me and that not all I have people ordering stuff on line with Amazon, Google, and other online stuff. The latest one was someone ordered a $1500 Mac labtop and had it sent to a adress in New york. I didnt cause this problem Banner Health did and then they send me a check for $45 that doesnt cover the overdrafts I've accured in the last 2 months. Thank you for taking the time to read this

Gary L Terry

Signed This 30th day of September, 2021

Page 2

I Gary Terry am filing this Motion on the grounds that I feel I have not Been Represented by the attorney appointed for the plaintiffs Nore do, I feel I've been Treated fairly in this situation I am disabled and do not have any legall background So if I make a mistake in filing these documents I ask the Honorable Judge and Courts to excuse this I can't find legall Representation I'Le Tried but I feel Banner Health is not upholding there Agreement or Court orders and nore do I feel That I had any legall Representation, throughout This I've been in constant contact with Banner Health litigation Team and David Cadey from The Law firm Bennett, Fairborne, Freedman and Bolith and Have expressed that I didn't understand any of this and ask for Help I'm still occuring Credit problems, attacks on my Bank account and people destroying my credit and charging stuff in my name.

Page 3

Settlement provides

1. Ordinary Cash Reimbursement
A cash payment for up to 3 hrs of undocumented lost time in connection with the security Incident and/or additional documented expenses of monetary loss (up to $500.00 per class member) as outlined in the Settlement Agreement

2. Extraordinary Cash Reimbursement
A cash payment of up to 15 additional hours of documented lost time in connection with the security incident and/or additional documented expenses of monetary loss (up to $10,000 per class member) as outlined in the Settlement Agreement

and

3. Two years of Credit Monitoring which Include $1 Million in Identity theft coverage

Point was made clear by Myself Through Emails, phone calls when I figured out David paralegal from the Plaintiffs Appointed attorneys he was not looking out for any of my best Interests, That I would take nothing less Then the $10,000 Settlement and the 2 years Credit Monitoring