UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BANNER HEALTH DATA BREACH LITIGATION | Case No. CV 16-02696-PHX-SRB<br><br>**ORDER** |

The Court has received a Motion for Leave to Grant Class Action Settlement Compensation Claim from Angelo Gomez dated August 24, 2022 (Doc. 214). The settlement is being administered by the Claims Administrator not by the Court.

Dated this 22nd day of September, 2022.

_____
Susan R. Bolton
United States District Judge